UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELE JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:13-cv-01454-TWP-MJD |
| HEART HOUSE, INC, | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

This cause comes before the Court on the Stipulation of Dismissal with Prejudice filed by the parties. The Court, having reviewed said Stipulation and being duly advised in the premises, now orders a dismissal of this matter in its entirety with prejudice, with each party to bear its own costs.

Date: 01/13/2015

*Tanya Walton Pratt*
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

M. Michael Stephenson (**m.m.stephenson@msth.com**)
Brady J. Rife (**brady.j.rife@msth.com**)
Keith A. Kinney (**keith@kinneylawfirmllc.com**)